# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-4

**Caption [use short title]**

**Motion for:** adjournment of oral argument

**Set forth below precise, complete statement of relief sought:**
adjournment of oral argument currently scheduled for January 12, 2023

Mandala v. NTT DATA, Inc.

**MOVING PARTY:** NTT Data, Inc.  
**OPPOSING PARTY:** George Mandala and Charles Barnett

☐ Plaintiff   ☐ Defendant  
☐ Appellant/Petitioner   ☑ Appellee/Respondent

**MOVING ATTORNEY:** Jacqueline Phipps Polito  
**OPPOSING ATTORNEY:** Ossai Miazad, Christoper M. McNerney

[name of attorney, with firm, address, phone number and e-mail]

Littler Mendelson, P.C.  
375 Woodcliff Drive, Suite 2D  
Fairport, NY  14450

Outten & Golden LLP  
685 Third Avenue, 25th Floor  
New York, NY  10017

**Court- Judge/ Agency appealed from:** USDC Western District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:  
☑ Unopposed   ☐ Opposed   ☐ Don't Know  
Does opposing counsel intend to file a response:  
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**  
Has this request for relief been made below?   ☐ Yes ☑ No  
Has this relief been previously sought in this court?   ☐ Yes ☑ No  
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes   ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☑ Yes   ☐ No  If yes, enter date: January 12, 2023

**Signature of Moving Attorney:**  
/s/ Jacqueline Phipps Polito   **Date:** 11/11/2022   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)



**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450


Jacqueline Phipps Polito
585.203.3413 direct
585.203.3400 main
585.486.1774 fax
jpolito@littler.com

November 11, 2022

**VIA ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Mandala v. NTT DATA, Inc.,* No. 22-4

Dear Ms. O'Hagan Wolfe:

We represent Defendant-Appellee NTT DATA, Inc. in the above-referenced matter.  We have received your November 2, 2022 Case Calendaring notice, scheduling oral argument for January 12, 2023.  Regretfully, I am not available the following dates: January 11 – January 17; January 27; February 2; and February 20 – February 24, 2023.

As lead counsel, I respectfully request an adjournment.  Plaintiffs-Appellants consent to this request.

This request is made in good faith and without any intent to delay this matter.  Thank you in advance for your professional courtesy in this matter.

Respectfully submitted,

Littler Mendelson, P.C.

*[signature]*

Jacqueline Phipps Polito

cc:  All Parties (via ECF)

4876-1231-1613

littler.com